# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MAHONEY, | : | |
| | : | |
| Plaintiff. | : | CIVIL ACTION |
| | : | No. 20-854 |
| v. | : | |
| | : | |
| EASTERN MOUNTAIN SPORTS, LLC | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 29th day of June 2020, it is **ORDERED** that this case is **DISMISSED** without prejudice for failure to serve. *See* Fed. R. Civ. P. 4(m).[1] The Clerk is directed to close this case.

         s/ANITA B. BRODY, J.
         ANITA B. BRODY, J.

Copies **VIA ECF 06/29/2020**

---

[1] Plaintiff filed a complaint in this case on February 14, 2020. ECF No. 1. Pursuant to Federal Rule of Civil Procedure 4(m), he had 90 days to serve Defendant—which created a service deadline of May 14, 2020. Plaintiff never filed any proof of service on the docket, and the service deadline has now long passed.